FILED

2004 JAN 13 P 4: 21

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | NO.: 301CV00119 (AWT) |
| VS. | : | |
| CITY OF BRIDGEPORT, PHILIP C. HANDY AND FRANK RODI | : | JANUARY 13, 2004 |

## CONSENT MOTION TO FILE ANSWER OUT OF TIME

Defendants, City of Bridgeport, Philip Handy and Frank Rodi, hereby move with the consent of the Plaintiff to file the accompanying answer and special defense out of time. In support of this motion Defendants make the following representations:

1. The Court's docket summary in the above referenced action does not reflect an Answer to the Complaint, although the undersigned's file contains an answer dated May 29, 2001.

2. Both parties to this action have been unaware of the lack of an Answer in the Court's file until recently. The undersigned does not know why an Answer has not been received by the Court.

3. The complaint in this action essentially mirrors plaintiff's complaint to the Commission On Human Rights and Opportunities, which was answered in great

detail by Defendants. The plaintiff, therefore, has long possessed specific responses to each and every allegation of the complaint.

4. The undersigned has discussed his intention to file an answer to the complaint in this action out of time, and plaintiff's counsel has indicated his consent to the same.

WHEREFORE, defendants respectfully move to file the accompanying answer and special defense to the complaint out of time.

THE DEFENDANTS,

BY: *[signature]*
JOHN P. BOHANNON, JR.
Attorney at Law
1261 Post Road
Fairfield, CT 06604
Phone: 203.254.6633
Fax: 203.254.4453
Fed. Bar # - 13760

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered and mailed, postage prepaid, to **Attorney John R. Williams, 51 Elm Street, Suite 409, New Haven, Connecticut 06510** on this 12th day of January, 2004.

John P. Bohannon, Jr., Esq.