*Held 3 Hours  
Did Not Settle.*

UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

Settlement Confernce Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge  
450 Main Street  
Hartford  
Chambers Room 262

January 13, 2004

1:00 p.m.

CASE NO. **3:01CV119 (AWT)**   <u>Silva v. City of Bridgeport</u>

COUNSEL OF RECORD:

| | |
|---|---|
| John Patrick Bohannon, Jr. | 1261 Post Road<br>Fairfield, CT 06824<br>203-254-6633 |
| David G. Toro | Williams & Pattis<br>51 Elm St.<br>Ste. 409<br>New Haven, CT 06510<br>203-562-9931 |
| John R. Williams | Williams & Pattis<br>51 Elm St., Ste. 409<br>New Haven, CT 06510<br>203-562-9931<br>203-776-9494 (fax)<br>jrw@johnrwilliams.com |

BY ORDER OF THE COURT  
KEVIN F. ROWE, CLERK