UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | |
| | : | |
| VS. | : | NO. 3:01CV119(AWT)(DFM) |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| PHILLIP C. HANDY and | : | |
| FRANK RODI | : | June 14, 2004 |

# A P P E A R A N C E

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

JAY J. SILVA.

THE PLAINTIFF

BY:_____
Kim Coleman Waisonovitz
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct25759
His Attorney

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was hand delivered on June 14, 2004, to the following counsel of record:

John P. Bohannon, Jr., Esq.
1261 Post Road
Fairfield, CT 06604

_____
Kim Coleman Waisonovitz