UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 21 P 2: 55
U.S. DISTRICT COURT
HARTFORD, CT.

JAY J. SILVA,

v.  CASE NO. 3:01CV119 (DFM)

CITY OF BRIDGEPORT,
PHILLIP C. HANDY,
FRANK RODI,

## JUDGMENT

Counsel of record having reported to the Court on June 21, 2004, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 21st day of June 2004.

KEVIN F. ROWE, CLERK

By _____
Robert K. Wood
Deputy Clerk

EOD_____