UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAY J. SILVA | : |
| | : |
| VS. | :   NO. 3:01CV119(DFM) |
| | : |
| CITY OF BRIDGEPORT, | : |
| PHILLIP C. HANDY and | : |
| FRANK RODI | :   JUNE 25, 2004 |

## MOTION TO VACATE JUDGMENT OF DISMISSAL

On June 21, 2004, without warning to the undersigned, this court entered a Judgment dismissing this case on the ground that it had been settled. The plaintiff now moves to vacate that Judgment forthwith and to restore this case to the court's active docket.

On June 18, 2004, in a series of telephone conversations, counsel for the parties tentatively agreed to a stipulated judgment in this matter involving a variety of forms of relief. One essential aspect of this tentative agreement was that this court would enter a Judgment making that agreement an Order of the Court. The undersigned, in accordance with that discussion, prepared and mailed to defense counsel the proposed Stipulation for Judgment attached hereto as *Exhibit A*. Defense counsel has not yet responded to that proposal.

Accordingly, this case has not yet settled and, if it does settle, the

settlement will include not a dismissal but a court order providing relief to the plaintiff.

          THE PLAINTIFF


BY:_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203/562-9931
     FAX:  203/776-9494
     E-Mail: jrw@johnrwilliams.com
     His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to John P. Bohannon, Jr., Esq., 1261 Post Road, Fairfield, CT 06604.


_____
JOHN R. WILLIAMS