UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | |
| | : | |
| VS. | : | NO. 3:01CV119(AWT)(DFM) |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| PHILLIP C. HANDY and | : | |
| FRANK RODI | : | JUNE 21, 2004 |

**STIPULATION FOR JUDGMENT**

The parties stipulate that judgment may enter in this case in favor of the plaintiff and against the defendants as follows:

1. The City of Bridgeport will reinstate the plaintiff forthwith as a police officer in the Bridgeport Parks Department, with full seniority from the date of his original hiring.

2. The City of Bridgeport will pay to the plaintiff and his attorneys, Williams and Pattis, LLC, the sum of fifty thousand dollars ($50,000.00) within six weeks of this date, said sum to constitute full payment of all attorney fees and expenses in this case and full compensation to the plaintiff for his alleged losses.

THE PLAINTIFF


BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX:  203/776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney


THE DEFENDANTS


BY:_____
      JOHN P. BOHANNON, JR. (ct13760)
      1261 Post Road
      Fairfield, CT 06604
      203.254.6633
      Their Attorney