UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAY J. SILVA

    v.                                Case Number: 3:01cv119 (DFM)

CITY OF BRIDGEPORT,
PHILLIP C. HANDY,
FRANK RODI

FILED
2004 JUL 20 P 1:56
U.S. DISTRICT COURT
HARTFORD, CT.

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>June 21, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter. The judgment entered on June 21, 2004 in error by the clerk of the court, is hereby vacated and the case is reopened. SO ORDERED. Kevin F. Rowe, Clerk.

Accordingly, an order of dismissal will be entered on August 20, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, July 20, 2004.

KEVIN F. ROWE, CLERK

By: _____
Robert K. Wood
Deputy Clerk