UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | |
| VS. | : | NO. 3:01CV119(DFM) |
| CITY OF BRIDGEPORT, ET AL. | : | AUGUST 11, 2004 |

## MOTION TO RESTORE TO ACTIVE TRIAL DOCKET

The plaintiff respectfully moves to restore this case to the active trial docket, to schedule an early trial date, and to impose sanctions upon the defendants because of their intentionally misleading and contemptuous conduct during settlement negotiations in this case.

In support of this motion, the plaintiff represents as follows:

1. On July 20, 2004, following a tortuous process of settlement conferences, the court issued an order reflecting that the defendants purported to have settled this case and directing settlement papers to be filed on or before August 20, 2004.

2. In fact, the parties had prior to July 20 reached a full settlement agreement subject only to approval by the Bridgeport City Council.

3. Counsel for the defendants represented to the court and plaintiff's counsel that the settlement agreement would be submitted to the City Council well before August 6 and that the defendants would fully comply with their obligations under the settlement agreement on or before August 6.

4. August 6 has come and gone and, so far as can be determined, the Bridgeport City Council never has even considered this case.

5. Despite the foregoing, defense counsel has been totally silent and has not in any manner alerted the court or counsel to the delay.

6. The delay has inflicted grievous economic injury upon the plaintiff, who had arranged his life in reasonable reliance upon the defendants' promises, which promises included immediate re-employment.

THE PLAINTIFF


BY_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       (203) 562-9931
       FAX:  (203) 776-9494
       E-Mail: jrw@johnrwilliams.com
       His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to John P. Bohannon, Jr., Esq., 1261 Post Road, Fairfield, CT 06824


_____
JOHN R. WILLIAMS