UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAY J. SILVA | : |
| | : |
| VS. | :  NO. 3:01CV119(AWT)(DFM) |
| | : |
| CITY OF BRIDGEPORT, | : |
| PHILLIP C. HANDY and | : |
| FRANK RODI | :  SEPTEMBER 8, 2004 |

**STIPULATION FOR JUDGMENT**

The parties stipulate that judgment may enter in this case in favor of the plaintiff and against the defendants as follows:

1. The City of Bridgeport will return the plaintiff to full duty forthwith as a police officer in the Bridgeport Parks Department, with full seniority from the date of his original hiring and back pay from July 21, 2004, to the present.

2. The City of Bridgeport will pay to the plaintiff and his attorneys, Williams and Pattis, LLC, the sum of fifty thousand dollars ($50,000.00) on or before September 17, 2004, said sum to constitute full payment of all attorney fees and expenses in this case and full compensation to the plaintiff for his alleged losses.

3. The plaintiff will execute, forthwith, a full general release to all defendants absolving them from liability from any and all claims, including but

not limited to any and all employment related claims, suits, grievances or prohibited practice complaints of any kind whatsoever. The plaintiff will take all steps necessary to assure that all employment related grievances and prohibited practice complaints are withdrawn.

4. The plaintiff will return to duty as a special officer and shall accept assignments at the discretion of the employer without the need for accommodation.

5. The plaintiff's continuing employment shall be contingent upon his acquisition and maintenance of all required certification(s). The City of Bridgeport will provide all necessary instruction and/or training and/or other assistance as required, to the plaintiff, in furtherance of his acquisition and maintenance of said certification(s).

6. The parties agree that this stipulated judgment does not constitute any admission of wrongdoing on the part of any party.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

THE DEFENDANTS

BY:_____
JOHN P. BOHANNON, JR. (ct13760)
1261 Post Road
Fairfield, CT 06604
203.254.6633
Fax: 203.254.4453
Their Attorney