UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP 27  P 3: 11

U.S. DISTRICT COURT
HARTFORD, CT.

JAY J. SILVA              :

v.                        :     CASE NO. 3:01CV119 (DFM)

                          :

CITY OF BRIDGEPORT,
PHILLIP C. HANDY and
FRANK RODI                :

## JUDGMENT

A Stipulation for Judgment having been filed on September 14, 2004 and approved by the Court on September 27, 2004; it is therefore

ORDERED and ADJUDGED that judgment be and is hereby entered in accordance with the terms and conditions of the Stipulation for Judgment.

Dated at Hartford, Connecticut, this 27th day of September, 2004.


KEVIN F. ROWE, CLERK

By: _____
      Deputy Clerk


EOD_____