UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | |
| | : | |
| VS. | : | NO. 3:01CV119(DFM) |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| PHILLIP C. HANDY and | : | |
| FRANK RODI | : | OCTOBER 13, 2004 |

**MOTION FOR ORDER OF CONTEMPT**

The plaintiff respectfully moves that the defendants be held in contempt of this court and sanctioned appropriately, in that:

A. This court, upon the stipulation of all parties, entered a Judgment which provided, *inter alia*:

> 1. The City of Bridgeport will return the plaintiff to full duty forthwith as a police officer in the Bridgeport Parks Department, with full seniority from the date of his original hiring and back pay from July 21, 2004, to the present.
>         *                    *                    *
> 4. The plaintiff will return to duty as a special officer and shall accept assignments at the discretion of the employer without the need for accommodation.

B. To this day, the plaintiff has not been returned to duty.

C. To this day, the plaintiff has not been paid any of his back pay from July 21, 2004, which at this point totals almost three (3) months of pay.

D. Defense counsel assured the undersigned last week that he had been

unaware of the defendants' violation of this court's order and promised that these violations of the court's order would be rectified by the close of business on October 12, 2004.

E.  Upon information and belief, the individual defendants have claimed to third parties that they have no knowledge of this court's orders and no intention of complying therewith.

WHEREFORE the plaintiff moves that the defendants be ordered to return the plaintiff to active duty and pay him all of his back pay from July 21, 2004, to the present within twenty-four (24) hours and to pay him an additional penalty of one thousand dollars ($1,000) per day for every day hereafter that they do not comply with this order, and that they be ordered further to pay his attorney the sum of $750 for having been required to pursue this motion.

          THE PLAINTIFF

BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX:  203/776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to John P. Bohannon, Jr., Esq., 1261 Post Road, Fairfield, CT 06604.

_____
JOHN R. WILLIAMS