UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | |
| | : | |
| VS. | : | NO. 3:01CV119(AWT)(DFM) |
| | : | |
| CITY OF BRIDGEPORT, PHILLIP C. HANDY and | : | |
| FRANK RODI | : | AUGUST 6, 2005 |

## MOTION TO REOPEN JUDGMENT AND FOR ORDER OF CONTEMPT

The plaintiff respectfully moves that the judgment herein be reopened and that the defendants be held in contempt because of their unilateral action in removing the plaintiff from the payroll of the City of Bridgeport on July 25, 2005, solely because of their own prior failure to comply with the judgment entered against them. In support of this motion, the plaintiff represents:

1. The Stipulated Judgment entered herein expressly provided, among other things:

> 5. The plaintiff's continuing employment shall be contingent upon his acquisition and maintenance of all required certification(s). The City of Bridgeport will provide all necessary instruction and/or training and/or other assistance as required, to the plaintiff, in furtherance of his acquisition and maintenance of said certification(s).

2. The defendants, in violation of the said Judgment, refused to provide

1

all necessary instruction and/or training and/or other assistance as required, to the plaintiff, in furtherance of his acquisition and maintenance of his certification(s).

3. Although the plaintiff's certifications will be provided him in early September, the delay in issuance thereof is the sole fault of the defendants.

4. With full knowledge of the aforesaid facts, the defendants on July 25, 2005, removed the plaintiff from the payroll of the City of Bridgeport effective that day.

5. The defendants have advised the plaintiff that he will not be returned to the payroll until his certification is furnished by POST in September.

6. The plaintiff has no other source of income and is suffering severe injury as a result of the defendants' aforesaid contemptuous conduct.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to John P. Bohannon, Jr., Esq., 1261 Post Road, Fairfield, CT 06604; and John R. Mitola, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604 [mitolj0@ci.bridgeport.ct.us].

_____
JOHN R. WILLIAMS