UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY J. SILVA | : | NO.: 301CV00119 (AWT)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF BRIDGEPORT, PHILIP | : | |
| C. HANDY AND FRANK RODI | : | AUGUST 31, 2005 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO REOPEN JUDGMENT AND FOR ORDER OF CONTEMPT

The defendants in the above referenced action respectfully object to plaintiff's motion to reopen the Judgment in the above referenced action, and further object to plaintiff's motion for an order of contempt. In support of their objection defendants make the following representations:

1.  Defendants returned plaintiff to employment with the City of Bridgeport in accordance with the Judgment in the above referenced action and thereafter offered plaintiff sufficient training opportunities to enable him to qualify for recertification as a special police officer.

2.  Bridgeport Police Training Supervisors specifically instructed plaintiff that his P.O.S.T recertification was contingent upon his completion of a specified number of credits with a specified time period, and warned him that failure to meet State requirements in that regard would likely result in denial of his recertification.

3.  Notwithstanding the foregoing admonitions, plaintiff failed and refused to pursue certain training opportunities. Although he has since completed sufficient credits to qualify for recertification, he did not do so within the time period allotted by the Police Officer's Standards and Training (P.O.S.T.) Council. While defendant's are hopeful plaintiff will nevertheless be recertified by P.O.S.T. the matter is beyond their control.

4.  It was the plaintiff, not the defendants, who has jeopardized and delayed his recertification. Defendant's have complied with the terms of the Judgment and have not failed to provide sufficient training opportunities as alleged by plaintiff.

WHEREFORE, defendants respectfully object to plaintiff's motion to reopen judgment and for order of contempt.

The Defendants,

_____
John R. Bohannon, Jr., Esq.
1261 Post Road
Fairfield, Connecticut 06824
Phone: 203.254.6633
Fax: 203.254.4453
Ct. Fed. Bar: 13760
Email: jbohannon@optonline.net

Certification

The undersigned certifies that a copy of the foregoing was mailed, postage prepaid, to John Williams, Esq., 51 Elm Street, New Haven, Connecticut 06510 on this 31st day of August, 2005.

_____
John P. Bohannon, Jr., Esq.

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAY J. SILVA | :    NO.: 301CV00119 (AWT)(DFM) |
| VS. | : |
| CITY OF BRIDGEPORT, PHILIP C. HANDY AND FRANK RODI | :    AUGUST 31, 2005 |

### NOTICE OF MANUAL FILING BY DEFENDANTS

Defendants respectfully gives notice that they have, on this 31st day of August, 2005, filed their objection to plaintiffs motion to reopen judgment and for order of contempt manually, unaccompanied by a .PDF copy on disk, due to software problems preventing the creation of PDF documents.

The Defendants

By /s/ John P. Bohannon, Jr.
John P. Bohannon, Jr.
Attorney At Law
1261 Post Road
Fairfield, Connecticut 06824
Ct. Fed. Bar No.: 13760
Phone:     (203) 254-6633
Fax:         (203) 254-4453
E-mail:     jbohannon@optonline.net

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 31st day of August, 2005 to all counsel and pro-se parties of record at the following addresses: John Williams, Esq., 51 Elm Street, New Haven, Connecticut 06510.

By _____
John P. Bohannon, Jr., Esq.

2