UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAY J. SILVA | : |
| | : |
| VS. | : NO. 3:01CV119(AWT)(DFM) |
| | : |
| CITY OF BRIDGEPORT, | : |
| PHILLIP C. HANDY and | : |
| FRANK RODI | : SEPTEMBER 1, 2005 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION
TO MOTION TO REOPEN JUDGMENT AND FOR ORDER OF CONTEMPT**

The defendants claim the plaintiff is the architect of his own troubles and that the only reason he is unemployed is his failure to complete the prerequisites for certification as a police officer. Contrary to the defendants' contentions, the plaintiff in fact was informed by the defendants that he had completed all the necessary requirements and thus was "set up" for the problem he has encountered.

The plaintiff now has been recertified. However, the defendants refuse to reimburse him the substantial lost wages attributable to the misconduct set forth in the pending motion.

The plaintiff requests an evidentiary hearing on the disputed factual issues in this regard.

          THE PLAINTIFF

BY:_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203/562-9931
     FAX: 203/776-9494
     E-Mail: jrw@johnrwilliams.com
     His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was electronically transmitted to John P. Bohannon, Jr., Esq., 1261 Post Road, Fairfield, CT 06604 [jbohannon@optonline.net].


_____
JOHN R. WILLIAMS